IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **PACSEC3, LLC,** | |
| Plaintiff, | Civil Action No. 6:22-cv-00167-ADA |
| v. | |
| **IMPERVA, INC.,** | |
| Defendant. | |

**NOTICE FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

PacSEC3, LLC files this Notice for Extension of Time for Defendant, Imperva, Inc. to respond to the Complaint. Defendant has contacted Plaintiff's counsel and requested a 45-day extension to Answer. Plaintiff files this notice unopposed and agreed to allow the extension of time to respond to the complaint up to and including April 25, 2022.

Respectfully submitted,

**Ramey LLP**

/s/ William P. Ramey, III
William P. Ramey, III
Texas State Bar No. 24027643
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
(713) 426-3923 (telephone)
(832) 900-4941 (fax)
wramey@rameyfirm.com

*Attorneys for M4siz Limited*

**CERTIFICATE OF CONFERENCE**

I hearby certify that on March 9, 2022, I conferred with counsel for defendant regarding this extension of time and have no opposition.

/s/ William P. Ramey, III
William P. Ramey, III

**CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that all counsel of record who have appeared in this case are being served on this day of March 9, 2022, with a copy of the foregoing CM/ECF notification.

/s/ William P. Ramey, III
William P. Ramey, III